an appeal and cross-appeal from the Board of Tax Appeals. Upon consideration of the motion of appellant/cross-appellee, Roger W. Tracy, Tax Commissioner of Ohio, to extend time for oral argument to twenty minutes per side and the motion of appellant/cross-appellee, Frank Russo, to extend time for oral argument to thirty minutes per side,

IT IS ORDERED by the court that the motions to extend time for oral argument be, and hereby are, granted to the extent that oral argument is extended to twenty minutes per side.

**99–342. Holcomb v. State Farm Ins. Cos.**
Franklin App. No. 98AP–353. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for November 30, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellant/cross-appellee.

**99–348. Holcomb v. State Farm Ins. Cos.**
Franklin App. No. 98AP–353. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for November 30, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellant/cross-appellee.

**99–618. Holcomb v. State Farm Ins. Cos.**
Franklin App. No. 98AP–353. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for November 30, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellant/cross-appellee.

## MISCELLANEOUS DISMISSALS

**99–428. DeRolph v. State.**
Perry C.P. No. 22043. This cause is pending before the court as an appeal of right from the judgment of the Court of Common Pleas of Perry County entered on February 2, 1999. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.